IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

RAMON RAMIREZ CHAVEZ,

    Movant.

No. CR S-97-560 FCD KJM P

ORDER

---

    Movant, a federal prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 31, 2005 denial of his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Before movant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

    A certificate of appealability should be granted for any issue that movant can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2   　　　　Movant has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant motion: whether the rule of <u>Blakely v. Washington</u>, 524 U.S. __, 124 S.Ct. 2531 (2004) and <u>Booker v. United States</u>, __ U.S. __, 125 S.Ct. 738 (2005) applies retroactively and, if so, whether movant's constitutional right to have a jury decide all facts germane to punishment was violated by the sentencing in this case.

　　　　Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: April 25, 2005.

　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

/chav0560.830

---

[1] Except for the requirement that appealable issues be specifically identified, the standards for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jenning</u>, at 1010.