IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,     No. CR S-97-0560 FCD KJM P

    vs.

RAMON RAMIREZ CHAVEZ,

    Movant.     <u>ORDER</u>

_____/

    Movant, a federal prisoner proceeding with counsel, has filed a motion to file, in pro per, supplemental objections to the findings and recommendations filed March 5, 2005. Movant's counsel timely filed objections on March 24, 2005. Thereafter the district court adopted the findings and recommendations, entered judgment, and issued a certificate of appealability. The case is currently on appeal in the Court of Appeals for the Ninth Circuit.

    IT IS HEREBY ORDERED that movant's September 9, 2005 motion to file supplemental objections is denied as untimely.

DATED: October 25, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

2/chav0560.den

1