IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                               No. CR S-97-0560 FCD KJM P

    vs.

RAMON RAMIREZ CHAVEZ,

    Movant.                                   <u>ORDER</u>

                                                /

Movant, a federal prisoner proceeding with counsel, has filed a motion in pro per for expedited consideration of or for an evidentiary hearing on his motion to amend, vacate or correct his sentence.

On March 31, 2005, the court entered an order denying the motion. Counsel for movant filed a notice of appeal and a request for a certificate of appealability, which was granted. The case currently is on appeal in the Court of Appeals for the Ninth Circuit.

Movant is advised that documents filed by movant from this point forward will disregarded and no orders will issue in response to future filings.

IT IS HEREBY ORDERED

1. Movant's November 28, 2005 motion for an evidentiary hearing or expedited treatment of his motion is denied.

/////

1

 1    2. The Clerk of the Court is directed to serve a copy of this order and of the order
 2 of October 26, 2005 on movant Ramon Ramirez Chavez at the address provided in his filing of
 3 November 28, 2005.
 4 DATED: December 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/chav0560.dd