IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                  No. CR S-97-0560 FCD KJM P

    vs.

RAMON RAMIREZ CHAVEZ,

    Movant.                                       <u>ORDER</u>

_____/

    Movant, a federal prisoner, has filed a request that the court consider motion under Fed. R. Civ. P. 60(b)(1) for relief from the March 31, 2005 order denying his motion to correct his sentence. He argues that appointed counsel failed to object to the magistrate judge's findings and recommendations concerning his claims of ineffective assistance of counsel at the sentencing proceeding and that such objections would have caused this court to grant his motion under 28 U.S.C. § 2255.

    Because the pendency of the appeal in this case has deprived this court of jurisdiction over petitioner's motion, he must first determine whether this court is willing to consider his motion to vacate the judgment and then seek remand from the Court of Appeals. <u>Williams v. Woodford</u>, 384 F.3d 567, 586 (9th Cir. 2004). In his motion he offers the same arguments presented to the magistrate judge and to this court in its <u>de novo</u> review of the findings and recommendations.

1

Accordingly, this court is not willing to entertain movant's motion for relief from judgment.

IT IS SO ORDERED.

DATED: April 6, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

/chav0560.60(b)